**Abatement Order filed May 19, 2015**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00445-CV
### PHYLLIS PITTMAN, Appellant

### V.

### R. TRENT CAMPBELL JR. AND BETTE B. CAMPBELL, Appellees

---

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2011-11815**

---

## ABATEMENT ORDER

The reporter's record in this case was due December 15, 2014. *See* Tex. R. App. P. 35.1. On January 14, 2015, this court ordered the court reporters, Norma Duarte and Rachel Gamez, to file the record within 30 days. When the court reporters failed to file the record as ordered, on February 18, 2015, this court again ordered the court reporters to file the record within 30 days, and instructed the court reporters that if the record was not filed, this court would order the trial court to conduct a hearing to determine the reason for failure to file the record. The record has not been filed with this court. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App.

P. 35.3(c). It is the duty of the trial court to ensure that its reporters' work is timely accomplished by setting work priorities. Tex. R. App. P. 13.3. Because the reporter's record has not been filed timely as ordered, we issue the following order.

We direct the judge of the 234th District Court to conduct a hearing at which the court reporters, appellant's counsel, and appellee's counsel shall participate to (a) determine the reason for failure to file the record; (b) establish a date certain when the reporter's record will be filed, and (c) make findings as to whether the court reporters should be held in contempt of court for failing to file the reporter's record timely as ordered. We order the court to prepare a record, in the form of a reporter's record, of the hearing. The judge shall make findings of fact and conclusions of law, and shall order the trial clerk to forward to this court a supplemental clerk's record containing the findings and conclusions. The hearing record and supplemental clerk's record shall be filed with the clerk of this court **within 30 days** of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. This court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. If the court reporters file the record prior to the date set for the hearing, the appeal will be reinstated and the trial court need not hold a hearing.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.